IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 06-0388-CV-W-FJG |
| UNITED STATES CURRENCY IN THE AMOUNT OF $2,195,000, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

On May 10, 2006, a verified Complaint for Forfeiture in Rem was filed on behalf of the plaintiff, United States of America, against the defendant property, $2,195,000 in United States currency. The complaint alleges that the defendant $2,195,000 in United States currency constitutes, or is derived from proceeds that H.D. Smith Wholesale Drug Company obtained directly or indirectly from trafficking in counterfeit drugs in violation of 18 U.S.C. § 2320, and, therefore, is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 18 U.S.C. § 1956(c)(7)(D).

Process was fully issued in this action and returned according to law. Pursuant to a warrant for arrest of property issued by this Court, the United States Marshal for the Western District of Missouri arrested the defendant $2,195,000 in United States currency on November 12, 2006.

Notice of the seizure and the requirements for filing a claim for the defendant property was properly published for three consecutive weeks on January 2, 2007, January 9, 2007, and January 16, 2007, in The Pulse Legal Publication, a daily newspaper of general circulation published in Jackson County, Missouri, and an

Affidavit of Publication is on file with the Court.

The Stipulation entered into by the United States and H.D. Smith Wholesale Drug Company is hereby APPROVED as submitted. No other claims for the defendant property have been filed and the time within which such claims must have been filed has expired. Therefore, it is hereby

ORDERED, ADJUDGED AND DECREED:

(1) that a judgment of forfeiture is hereby entered against the defendant property;

(2) that all persons claiming any right, title or interest in or to the defendant property are held in default;

(3) that all claims and interests in the defendant property are forever foreclosed and barred;

(4) Plaintiff's motion for judgment of forfeiture is granted, and the defendant property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) and 18 U.S.C. § 1956(c)(7)(D) to be disposed of according to law; and

(5) The Clerk of the Court shall enter a judgment consistent with this order.

Date:  4/2/07
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge

2